*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: 191 Hospitality LLC (dba) Mr Ivy
    Debtor(s)

Case No: 25−15116−amc

Chapter: 11

## NOTICE OF SHOW CAUSE HEARING

To the debtor, debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing to show cause why

this case should not be dismissed for failure to have counsel and for failure to pay the filing fee.

Please call 1−646−828−7666 and enter Meeting ID 160 6807 8081.

will be held before the Honorable Ashely M. Chan ,United States Bankruptcy Court

on: 12/17/25

at: 11:00 AM

in: HRG will be held via Telephone Hearing, For connection dial in information see, Standing Order M−20−3003

For The Court

Mohung Wong
Clerk of Court

Dated: December 16, 2025